AO 442 (Rev. 11/11) Arrest Warrant

# United States District Court
### for the
### Western District of New York

| | |
|---|---|
| United States of America<br>v.<br>**GENDRY AMILCAR NIZ-NIZ**<br>_____<br>*Defendant* | Case No. 25-MJ-1264 |

## ARREST WARRANT

To:   Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **GENDRY AMILCAR NIZ-NIZ**, who is accused of an offense or violation based on the following document filed with the Court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

**Violation of Title 18, United States Code, Section 1001(a)(2).**

Date: March 21, 2025

*Issuing officer's signature*

City and State:  Buffalo, New York

HONORABLE JEREMIAH J. McCARTHY
UNITED STATES MAGISTRATE JUDGE
*Printed name and Title*

---

**Return**

   This warrant was received on *(date)* 3/21/25, and the person was arrested on *(date)* 3/24/2025
at *(city and state)* _____.

Date:  3/24/2025

*Arresting officer's signature*

BPA Ryan Kwiatkowski
*Printed name and title*