IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    v.                                                                  25-MJ-1264

GENDRY AMILCAR NIZ-NIZ,

        Defendant.

---

## NOTICE OF APPEARANCE AND REMOVAL

**TO**:    Clerk of the United States District Court
           for the Western District of New York

You are hereby requested to remove Andrew J. Henning, as counsel for the United States and enter my appearance as counsel for the United States on the above-entitled action.

DATED:    Buffalo, New York, May 8, 2025.

                                      MICHAEL DIGIACOMO
                                      United States Attorney

            BY:    s/SASHA K. MASCARENHAS
                     Assistant United States Attorney
                     United States Attorney's Office
                     Western District of New York
                     138 Delaware Avenue
                     Buffalo, New York 14202
                     (716) 843-5798
                     Sasha.Mascarenhas@usdoj.gov